**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

| | |
|---|---|
| APRIL DARRIN, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>        Defendant. | **Case No. 4:23-cv-00053**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL** |
| KENNETH D. KEELER, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HUNTINGTON INGALLS INDUSTRIES, INC. d/b/a HII CORPORATE.,<br><br>        Defendant. | **Case No. 4:23-cv-00055** |
| CHERYL SOLES, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HUNTINGTON INGALLS INDUSTRIES INC. and HUNTINGTON INGALLS INC., d/b/a HUNTINGTON INGALLS INDUSTRIES,<br><br>        Defendants. | **Case No. 4:23-cv-00059** |
| TYLER N. BEADLE, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HUNTINGTON INGALLS INDUSTRIES INC.,<br><br>        Defendant. | **Case No. 4:23-cv-00065** |

The Court, having considered the parties' filings, the relevant legal authorities and the arguments made at the hearing, **GRANTS** Plaintiffs' Unopposed Motion as follows:

1. The actions *April Darrin v. Huntington Ingalls Industries* (Eastern District of Virginia, Case No. 4:23-cv-53) ("*Darrin*"), *Kenneth D. Keeler v. Huntington Ingalls Industries, Inc. d/b/a HII Corporate* (Eastern District of Virginia, Case No. 4:23-cv-55) ("*Keeler*"), *Cheryl Soles v. Huntington Ingalls Industries, Inc. and Huntington Ingalls Inc., d/b/a Huntington Ingalls Industries* (Eastern District of Virginia, Case No. 4:23-cv-59) ("*Soles*"), and *Tyler N. Beadle v. Huntington Ingalls Industries, Inc.* (Eastern District of Virginia, Case No. 4:23-cv-65) ("*Beadle*") shall be consolidated under the *Darrin* case number, with all subsequent filings to be made in the *Darrin* action;

2. Gary Mason of Mason LLP, Scott Edward Cole of Cole & Van Note and Raina Borrelli of Turke & Strauss LLP shall be appointed interim co-lead class counsel for the consolidated cases;

3. Plaintiffs shall have 30 days from the entry of this Order to file a superseding consolidated complaint;

4. Defendant shall have 30 days after the filing of the superseding consolidated complaint to answer or otherwise respond. Defendant shall have no obligation to respond to any of the complaints in the four related cases that are pending and to be consolidated;

5. Should future complaints be filed that meet the requirements for consolidation under Rule 42(a), they will be consolidated with the *Darrin* action.

**IT IS SO ORDERED.**

Dated: _____

By: _____
Judge of the District Court