IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br>  v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>     Defendant. | Case No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs and Defendant Huntington Ingalls Industries ("Defendant") (collectively, the "Parties") jointly move the Court for a stay of proceedings in order to effectuate a settlement reached between the Parties, showing as follows:

  1. While Defendant denies all liability, in the interest of avoiding the time, expense, and uncertainty of continued litigation, the Parties have reached agreement and executed a term sheet containing the essential terms of a class settlement that, if approved by this Court, will fully resolve all claims brought by Plaintiffs against Defendant in this litigation.

  2. Per the term sheet, by February 2, 2024, a class action settlement agreement is to be submitted to this Court in conjunction with Plaintiffs' motion for preliminary approval.

  3. In light of the foregoing, the Parties submit that staying all non-settlement related proceedings in this litigation, including with respect to Defendant's pending motion to dismiss (Dkt. 29), is in the interest of judicial efficiency and will conserve the resources of the Court and the Parties. The Parties further submit that the proposed stay will not prejudice any party and, in fact, would avoid prejudice to the Parties.

4. Stays of the proceedings are routinely granted by district courts in class action suits such as this, in order to provide the parties sufficient time to conclude the settlement and obtain Court approval. *See, e.g.*, *In re: Cap. One Customer Data Sec. Breach Litig.*, Case No. 1:19-md-2915, Dkt. No. 2206 (Dec. 21, 2021); *see also May v. Five Guys Enters., LLC*, Case No. 1:23-cv-00029, Dkt. No. 19 (Oct. 5, 2023).

5. A proposed Order granting the motion to stay is submitted herewith.

WHEREFORE, the Parties respectfully move this Court to enter an Order staying all non-settlement related proceedings in this litigation pending the filing of the Motion for Preliminary Approval of the Proposed Settlement.

Date: January 9, 2024

APRIL DARRIN, *et al.* on behalf of herself and all others similarly situated

By Counsel:

*/s/ David H. Wise*
David Hilton Wise, VA Bar No. 30828
Joseph M. Langone, VA Bar No. 43543
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
dwise@wiselaw.pro
jlangone@wiselaw.pro

Gary E. Mason, Esq.
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

Scott Edward Cole, Esq. (CA S.B. #160744)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, CA 94607

Respectfully submitted,

HUNTINGTON INGALLS INDUSTRIES, INC.

By Counsel:

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
**McGUIREWOODS LLP**
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.: (757) 640-3716
Fax: (757) 640-3966
Email: rmcfarland@mcguirewoods.com
Email: vkdougherty@mcguirewoods.com

Phyllis Sumner (admitted *pro hac vice*)
Elizabeth Adler (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com

Telephone: (510) 891-9800  
Email: sec@colevannote.com

Raina Borrelli, Esq.  
**TURKE & STRAUSS LLP**  
613 Williamson Street, Suite 201  
Madison, Wisconsin 53703  
Telephone: (608) 237-1775  
Email: raina@turkestrauss.com  
Kenneth J. Grunfeld

**GOLOMB SPIRT GRUNFELD P.C.**  
1835 Market Street, Suite 2900  
Philadelphia, Pennsylvania 19103  Telephone: (215) 346-7338  
Facsimile: (215) 985-4169  
Email: KGrunfeld@GolombLegal.com

*Counsel for Plaintiff April Darrin, et al. on behalf of herself and all others similarly situated*

Email: eadler@kslaw.com  
Email: rgriest@kslaw.com

*Counsel for Defendant Huntington Ingalls Industries, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                     */s/ Robert W. McFarland*
                                                     Robert W. McFarland (VSB No. 24021)
                                                     V. Kathleen Dougherty (VSB No. 77294)
                                                     **McGUIREWOODS LLP**
                                                     World Trade Center
                                                     101 West Main Street, Suite 9000
                                                     Norfolk, VA 23510
                                                     Tel.: (757) 640-3716
                                                     Fax: (757) 640-3966
                                                     Email: rmcfarland@mcguirewoods.com
                                                     Email: vkdougherty@mcguirewoods.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>Defendant. | Case No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the Parties' Joint Motion to Stay Proceedings. The Parties jointly move the Court for an Order staying all non-settlement related proceedings so that they may finalize a settlement agreement and motion to approve the settlement on a class-wide basis. The Court hereby rules as follows:

1. The Motion to Stay Proceedings is **GRANTED.**

2. **Plaintiffs shall file their Motion for Preliminary Approval of the Proposed Settlement on or before February 2, 2024.**

3. All non-settlement related proceedings in this litigation, including with respect to Defendant's pending motion to dismiss (Dkt. 29), are **STAYED pending the filing of the Motion for Preliminary Approval of the Proposed Settlement.**

Entered this _____ day of January 2024.

                                                                              _____
                                                                              Jamar K. Walker
                                                                              United States District Judge