IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| APRIL DARRIN, *on behalf of herself and all others similarly situated*, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>    Defendant. | Case No. 4:23-cv-53 |

## ORDER

Before the Court is the parties' Joint Motion to Stay Proceedings. ECF No. 38. For the reasons stated herein, the motion is **GRANTED.**

The parties state that they "have reached agreement and executed a term sheet containing the essential terms of a class settlement that, if approved by this Court, will fully resolve all claims . . . in this litigation." ECF No. 38 ¶ 1. According to the motion, the term sheet sets forth an agreed-upon date of February 2, 2024 for the parties to submit to the Court a settlement agreement and motion for preliminary approval of the settlement. *Id.* ¶ 2.

The Court agrees with the parties that "staying all non-settlement related proceedings in this litigation, including with respect to [the] pending motion to dismiss [ECF No. 29], is in the interest of judicial efficiency and will conserve the resources of the Court and the [p]arties." ECF No. 38 ¶ 3.

Accordingly, this matter is **STAYED** until February 2, 2024.

The parties are **ORDERED** to file their settlement agreement and motion for preliminary approval of settlement on or before that date.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ *Jamar K. Walker*
Jamar K. Walker
United States District Judge

Norfolk, Virginia
January 11, 2024

2