IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| APRIL DARRIN, *on behalf of herself and all others similarly situated*, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>    Defendant. | Case No. 4:23-cv-53 |

## ORDER

Before the Court is the parties' Joint Motion to Extend Stay of Proceedings. ECF No. 40. For the reasons stated herein, the motion is **GRANTED WITH MODIFICATION.**

In their original Motion to Stay, the parties stated that they "ha[d] reached agreement and executed a term sheet containing the essential terms of a class settlement that, if approved by this Court, will fully resolve all claims . . . in this litigation." ECF No. 38 ¶ 1. At the parties' request, the Court stayed the case for three weeks. Now the parties have asked for two more weeks.

The parties' motion represents that they have "been diligently working on finalizing the settlement agreement and exhibits but require a short extension of the stay to complete finalizing the documents and execute the agreement" and that the plaintiffs need more time "to complete the motion for preliminary approval and supporting papers." ECF No. 40 ¶ 3.

The instant motion represents that the parties' "term sheet" set the date on which the plaintiffs "were to submit a motion for preliminary approval of the class action settlement to the Court." ECF No. 40 ¶ 1. However, in its Order granting the motion to stay, the Court "**ORDERED** [the parties] to file their settlement agreement and motion for preliminary approval of settlement on or before [February 2, 2024]." ECF No. 39 at 2 (emphasis in original).

The Court will grant one extension of the stay, but not for as long as the parties request.

The parties' Joint Motion to Extend Stay of Proceedings (ECF No. 40) is **GRANTED WITH MODIFICATION.**

It is **ORDERED** that the stay in this case is extended until February 9, 2024.

The parties are **ORDERED** to file their settlement agreement and motion for preliminary approval of settlement on or before that date.

The Clerk is **DIRECTED** to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ *JKW*

Jamar K. Walker
United States District Judge

Norfolk, Virginia
January 31, 2024