FOR THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>Defendant. | Case No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

## NOTICE REGARDING HEARING

Plaintiffs April Darrin, Kenneth D. Keeler, Cheryl Soles, Tyler N. Beadle and Bruce Snyder, by undersigned counsel, and pursuant to Local Rule 7(E), state that Plaintiffs' Motion for Preliminary Approval and to Direct Notice of Proposed Settlement to the Class ("Motion") (ECF No. 42), is now fully briefed and ripe for consideration. The Parties met and conferred on Thursday, March 7, 2024, via email, regarding their positions about whether a hearing on the Motion is necessary. The Parties are in agreement that the Motion can be decided on the papers submitted and without oral argument.

Dated: March 11, 2024

**COLE & VAN NOTE**

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq. (CA S.B. #160744)
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

**MASON LLP**
Gary E. Mason
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

**TURKE & STRAUSS LLP**
Raina Borrelli, Esq.
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Email: raina@turkestrauss.com

*Plaintiffs' Interim Co-Lead Class Counsel*
*Additional Plaintiffs' Counsel*

**WISE LAW FIRM PLC**

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Phone: 703-934-6377
Email: dwise@wiselaw.pro

**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
Kenneth J. Grunfeld, Esq.
1 West Las Olas Blvd., Ste 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
Email: grunfeld@kolawyers.com

**WEBSTER BOOK LLP**
Steven T. Webster, Esq. (VSB No. 31975)
300 N. Washington St., Suite 404
Alexandria, Virginia 22314
Telephone: (888) 987-9991
Email: swebster@websterbook.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828