## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION

APRIL DARRIN, *et al.*, on behalf of themselves
and all others similarly situated,

                    Plaintiffs,

v.

HUNTINGTON INGALLS INDUSTRIES,

                    Defendant.

Case. No. 4:23-cv-00053-JKW-DEM

CLASS ACTION

## PLAINTIFFS' MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

      Pursuant to Federal Rules of Civil Procedure Rule 23, Plaintiffs, individually and on behalf

of the Settlement Class, respectfully move the Court for Final Approval of the Class Action

Settlement. Plaintiffs also move for an award of Attorneys' Fees and costs as well as Service

Awards for the Representative Plaintiffs for the reasons outlined in the concurrently filed

Memorandum of Law and in Plaintiffs' previously filed Motion for an Award of Attorneys' Fees,

Reimbursement of Expenses, and Service Awards to Plaintiffs. ECF 51.

Dated: August 22, 2024          Respectfully submitted,

                                    /s/ *David Hilton Wise*
                                    David Hilton Wise (VA Bar No. 30828)
                                    William N. Evans (VA Bar No. 87506)
                                    **WISE LAW FIRM PLC**
                                    10640 Page Avenue, Suite 320
                                    Fairfax, Virginia 22030
                                    Phone: 703-934-6377
                                    dwise@wiselaw.pro
                                    wevans@wiselaw.pro

Scott Edward Cole
(admitted *Pro Hac Vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

Gary E. Mason
(admitted *Pro Hac Vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

Raina Borrelli
(admitted *Pro Hac Vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Email: raina@turkestrauss.com

Kenneth J. Grunfeld
**GOLOMB SPIRT GRUNFELD P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
Telephone: (215) 346-7338
Email: KGrunfeld@GolombLegal.com

Steven T. Webster, VA Bar No. 31975
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404 Alexandria,
Virginia 22314
Telephone: (888) 987-9991
Email: swebster@websterbook.com

*Counsel for Plaintiffs and the Settlement Class*

**<u>CERTIFICATE OF SERCIVE</u>**

I, David Hilton Wise, hereby certify that on August 22, 2024, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to all counsel of record via the ECF system.

DATED this 22nd day of August, 2024

WISE LAW FIRM PLC

By:  <u>*/s/* David Hilton Wise</u>
     David Hilton Wise, VA Bar No. 30828
     WISE LAW FIRM PLC
     10640 Page Avenue, Suite 320
     Fairfax, Virginia 22030
     Telephone: 703-934-6377
     dwise@wiselaw.pro