# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

| | |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON INGALLS INDUSTRIES and HII MISSION TECHNOLOGIES CORP.,<br><br>Defendants. | Case No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Defendants Huntington Ingalls Industries, Inc. ("Huntington Ingalls") and HII Mission Technologies Corporation ("Mission Technologies") (together, "Defendants") submit this response to Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion"). *See* ECF Nos. 53–54. Defendants join Plaintiffs in their request for the Court to grant final approval of the class action settlement in these proceedings. Although Defendants believe that they have strong and meritorious defenses to Plaintiffs' claims, the settlement—reached through arm's-length negotiations before an experienced mediator—will avoid the time and expense involved in further litigation, provide benefits to the Settlement Class, and allow Defendants to put this matter behind them.

Defendants further respond that they take no position on Plaintiffs' requests for attorneys' fees, costs, and service awards. *See* ECF No. 54, at 9–10.

1

Date: September 5, 2024

Respectfully submitted,

HUNTINGTON INGALLS INDUSTRIES, INC.

HII MISSION TECHNOLOGIES CORPORATION

By Counsel:

/s/ Robert W. McFarland
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
**MCGUIREWOODS LLP**
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.: (757) 640-3716
Fax: (757) 640-3966
Email: rmcfarland@mcguirewoods.com
Email: vkdougherty@mcguirewoods.com

Phyllis Sumner (admitted *pro hac vice*)
Elizabeth Adler (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com
Email: eadler@kslaw.com
Email: rgriest@kslaw.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        */s/ Robert W. McFarland*
                                        Robert W. McFarland (VSB No. 24021)
                                        V. Kathleen Dougherty (VSB No. 77294)
                                        **MCGUIREWOODS LLP**
                                        World Trade Center
                                        101 West Main Street, Suite 9000
                                        Norfolk, VA 23510
                                        Tel.: (757) 640-3716
                                        Fax: (757) 640-3966
                                        Email: rmcfarland@mcguirewoods.com
                                        Email: vkdougherty@mcguirewoods.com