UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

|  |  |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>Defendant. | Case. No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

### JOINT MOTION FOR REMOTE APPEARANCE AT THE HEARING FOR THE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT

Representative Plaintiffs April Darrin, Kenneth D. Keller, Cheryl Soles, Tyler N. Beadle, and Bruce Snyder ("Plaintiffs"), by and through their attorneys of record, Cole & Van Note, Mason LLP, and Strauss Borrelli PLLC, and Defendants Huntington Ingalls Industries, Inc. and HII Missions Technologies Corporation ("Defendants"), by and through their attorneys of record, King & Spalding LLP and McGuireWoods LLP, hereby respectfully move the Court for an Order allowing counsel to appear remotely by videoconference at the hearing regarding the Motion for Final Approval, currently set for September 12, 2024 at 11:30 a.m. Good cause exists because Plaintiffs' counsel are located in California, Washington, D.C., and Illinois and some of Defendants' counsel are located in Atlanta. Further, as the present case is a putative class action, Plaintiffs' counsel state that they have an obligation to the Class to minimize the cost of litigation where possible. Plaintiffs' counsel submit that allowing a remote appearance will further that goal and benefit the putative Class Members.

1

Counsel for both Plaintiffs and Defendants submit that additional good cause exists to grant this Motion: (1) there have been no objections to the Settlement, (2) no Class Members have requested to appear at the hearing, and (3) the Settlement Administrator will post call information on the Settlement Class website in case any Class Member wants to attend the hearing.

The Parties respectfully request the Court grant this Motion for a Remote Appearance.

Dated: September 5, 2024                        Respectfully submitted,

/s/ *David Hilton Wise*
David Hilton Wise (VA Bar No. 30828)
**WISE LAW FIRM PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Telephone: 703-934-6377
Email: dwise@wiselaw.pro

Scott Edward Cole
(admitted *Pro Hac Vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

Gary E. Mason
(admitted *Pro Hac Vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

Raina Borrelli
(admitted *Pro Hac Vice*)
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Email: raina@turkestrauss.com

Kenneth J. Grunfeld
**GOLOMB SPIRT GRUNFELD P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
Telephone: (215) 346-7338
Email: KGrunfeld@GolombLegal.com

Steven T. Webster, (VA Bar No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404 Alexandria, Virginia 22314
Telephone: (888) 987-9991
Email: swebster@websterbook.com

*Counsel for Plaintiffs and the Settlement Class*


*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
V. Kathleen Dougherty (VSB No. 77294)
**McGUIREWOODS LLP**
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510
Tel.: (757) 640-3716
Fax: (757) 640-3966
Email: rmcfarland@mcguirewoods.com
Email: vkdougherty@mcguirewoods.com

Phyllis Sumner (admitted *pro hac vice*)
Elizabeth Adler (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com
Email: eadler@kslaw.com
Email: rgriest@kslaw.com

*Counsel for Defendants*