UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| APRIL DARRIN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br><br>HUNTINGTON INGALLS INDUSTRIES,<br><br>　　　　　　　　　　　Defendant. | Case. No. 4:23-cv-00053-JKW-DEM<br><br>CLASS ACTION |

## NOTICE OF FILING

　　PLEASE TAKE NOTICE that Plaintiffs, individually and on behalf of the Settlement Class, by counsel, hereby file the attached Proposed Amended Final Approval Order.

Dated: September 9, 2024　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ David Hilton Wise_____
　　　　　　　　　　　　　　　　　　　　　David Hilton Wise (VA Bar No. 30828)
　　　　　　　　　　　　　　　　　　　　　**WISE LAW FIRM PLC**
　　　　　　　　　　　　　　　　　　　　　10640 Page Avenue, Suite 320
　　　　　　　　　　　　　　　　　　　　　Fairfax, Virginia 22030
　　　　　　　　　　　　　　　　　　　　　Telephone: 703-934-6377
　　　　　　　　　　　　　　　　　　　　　Email: dwise@wiselaw.pro

　　　　　　　　　　　　　　　　　　　　　Scott Edward Cole
　　　　　　　　　　　　　　　　　　　　　(admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　**COLE & VAN NOTE**
　　　　　　　　　　　　　　　　　　　　　555 12th Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　Oakland, CA 94607
　　　　　　　　　　　　　　　　　　　　　Telephone: (510) 891-9800
　　　　　　　　　　　　　　　　　　　　　Email: sec@colevannote.com

Gary E. Mason
(admitted *Pro Hac Vice*)
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
Email: gmason@masonllp.com

Raina Borrelli
(admitted *Pro Hac Vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Telephone: (872) 263-1100
raina@straussborrelli.com

Kenneth J. Grunfeld
**GOLOMB SPIRT GRUNFELD P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
Telephone: (215) 346-7338
Email: KGrunfeld@GolombLegal.com

Steven T. Webster, (VA Bar No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington Street, Suite 404 Alexandria,
Virginia 22314
Telephone: (888) 987-9991
Email: swebster@websterbook.com

*Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2024, a copy of the foregoing was served electronically through CM/ECF to all counsel of record.

/s/ David Hilton Wise