# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NEWPORT NEWS DIVISION**

Thursday, September 12, 2024

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Jamar K. Walker, U.S. DISTRICT JUDGE

Deputy Clerk:   L. Howard                              Reporter: Michelle Maar, OCR

| Set: 11:30 a.m. | Started: 11:35 a.m. | Ended: 11:55 a.m. |
|---|---|---|

| Case No. 4:23-cv-53 |
|---|
| **April Darrin,** *et al.* |
| v. |
| **Huntington Ingalls Industries,** *et al.* |
|  |
|  |
| Gary Mason, David Wise, Scott Cole (video) and Kenneth Grunfeld (video) appeared on behalf of the plaintiffs. |
| Robert McFarland and Robert Griest (video) appeared on behalf of the defendants. |
| Matter came on for a fairness hearing/settlement approval. |
| Comments of the Court. |
| Comments of Counsel heard. |
| Court grants motion for settlement and motion for attorney fees. |
| Final Approval Order entered in open court. |
|  |
|  |
|  |
|  |
| Court adjourned. |