**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

APRIL DARRIN, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HUNTINGTON INGALLS INDUSTRIES,

Defendant.

Case No. 4:23-cv-53

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DISBURSE UNCLAIMED FUNDS TO CLAIMS ADMINISTRATOR**

This matter, having come before the Court by Plaintiffs in the above-captioned matter, by their Unopposed Motion to Disburse Unclaimed Funds to Claims Administrator, and Memorandum of Law in Support, and having found that it would be just and equitable for the Court to allocate the $3,336.93 remaining in the Settlement Fund to Simpluris to help cover the unreimbursed costs it incurred when it delivered credit monitoring services to the Settlement Class, **IT IS HEREBY ORDERED** that the Motion (ECF No. 66) is **GRANTED**.

/s/ JKW

Jamar K. Walker
United States District Judge

Newport News, Virginia
June 18, 2025